RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MADELINE S. LAL
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Madeline_Lal@fd.org

Attorney for Rene Alexander Dendaas

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:13-cr-00199-APG-PAL |
| Plaintiff, | **Joint Stipulation Regarding a Reduction in Sentence** |
| v. | |
| Rene Alexander Dendaas, | |
| Defendant. | |

In compliance with Second Amended General Order 2023-09, the parties, Jason M. Frierson, United States Attorney, and Jim W. Fang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Madeline S. Lal, Assistant Federal Public Defender, counsel for Rene Alexander Dendaas, file this Joint Stipulation.

The parties state as follows:

1. Undersigned counsel and government counsel have determined that Mr. Dendaas qualifies for a sentence reduction under United States Sentencing Guidelines Amendment 821 and have reached an agreement regarding a proposed sentencing reduction.

2. Defense counsel has spoken to the defendant. The defendant consents to the proposed sentencing reduction detailed below. The defendant waives any right to appear telephonically or in person at a hearing, should this Court find a hearing is necessary.

3. On July 21, 2015, this Court sentenced Mr. Dendaas to 105 months as to Count 1, in addition to 120 months as to Count 2 to run consecutive for a total of 225 months' incarceration. ECF No. 67. Mr. Dendaas was in CHC VI with a total offense level of 22, which yielded a sentencing guideline range of 84–105 months for Count 1. Under the amended Guidelines, the parties have determined that for Count 1, Mr. Dendaas is in CHC V with a total offense level of 22 which yields a guideline range of 77–96 months.

4. Consistent with U.S.S.G. § 1B1.10, the parties are proposing Mr. Dendaas' sentence be amended to 96 months for Count 1, in addition to 120 months as to Count 2, for a total of 216 months.

DATED this 2nd day of May, 2024.

RENE L. VALLADARES  
Federal Public Defender

By */s/ Madeline S. Lal*  
MADELINE S. LAL  
Assistant Federal Public Defender

JASON M. FRIERSON  
United States Attorney

By */s/ Jim W. Fang*  
JIM W. FANG  
Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>         Plaintiff,<br><br>    v.<br><br>Rene Alexander Dendaas,<br><br>         Defendant. | Case No. 2:13-cr-00199-APG-PAL<br><br>**ORDER** |

    The Court has considered the parties' proposed resolution and the factors set out in 18 U.S.C. § 3553(a) and under U.S.S.G. § 1B1.10.

    IT IS THEREFORE ORDERED that the parties' proposed amended sentence is accepted. Pursuant to Second Amended General Order 2023-09, an AO247 form reflecting the amended sentence will be filed.

    DATED this 3rd day of May, 2024.

                                                   UNITED STATES DISTRICT JUDGE